UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**F I L E D**

SEP 3 0 2019

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**Civil Action No. 15-167-HRW**

**RUBEN RIOS SALINAS,**

                                                         **PETITIONER,**

**v.**                                 **<u>ORDER</u>**

**RANDY WHITE, WARDEN,**
**KENTUCKY STATE PENITENTIARY,** *et al.*,                   **RESPONDENTS.**

This is matter is before the Court upon Ruben Rios Salinas' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The case was referred to United States Magistrate Judge Candace J. Smith for a report and recommendation. Magistrate Judge Smith recommends that the petition be dismissed, his request for a hearing a denied and that ca Certificate for Appealability be denied. [Docket No. 26]

Petitioner filed objections [Docket No. 29]. The Court notes that the objections were filed past the deadline set for the same yet reviewed the same. The Courts finds nothing therein which would contradict or call into question the findings of the Magistrate. Thus, the Court shall adopt the report and recommendation as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Docket No. 26] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court.

**IT IS FURTHER ORDERED**:

(1)    that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be

**DISMISSED** and the request for hearing **DENIED**;

(2)   that the Certificate of Appealability be **DENIED**; and

(3)   that this matter be **STRICKEN** from the docket of this Court.

This 30th day of September, 2019.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge